```
1  LAW OFFICES OF JAMES E. BLATT
   16000 Ventura Blvd.
2  Penthouse Suite 1208
   Encino, California 91436-2746
3  Telephone: 818/986-4180
   Facsimile: 818/990-4839
4

5  James E. Blatt, Esq.   (SBN 56571)
   email: j.blatt@jamesblatt.com
6  Michael G. Raab, Esq. (SBN 176112)
   email: m.raab@jamesblatt.com
7

8  Attorneys for Defendant,
   UBALDO CHAVEZ-DIAZ
9
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 01:08-CR-00411-LJO |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | SENTENCING |
| v. ) | |
| ) | |
| ) | |
| UBALDO CHAVEZ-DIAZ, ) | Current Date: July 17, 2009 |
| ) | |
| Defendant. ) | Proposed Date: August 21, 2009 |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED, that defendants Chavez-Diaz' sentencing date is continued from July 17, 2009, to August 21, 2009, at 10:00 AM. No further continuances will be entertained.

IT IS SO ORDERED.

Dated:   July 15, 2009              /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE